UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,** | **Case No**. 3:21-cv-08585-WHO |
| Plaintiff, | **ORDER** |
| v. | |
| **El Mezcal, Inc.,** | |
| Defendant. | |

Upon review of the court files and the papers filed in connection with the plaintiff's motion, and the evidence presented having been fully considered, the case is returned to the active calendar. Defendant will provide its availability to jointly inspect the site per the Court's August 28, 2022, Order. Dkt. 15. Defendant shall provide three dates for the site visit and settlement meeting between now and January 20, 2023. If the parties cannot reach agreement on the date, the site visit and settlement meeting shall occur on January 20, 2023 at 10 a.m.

Dated: December 9, 2022        By:_____
                               HON. WILLIAM H. ORRICK

1       United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28